1  RONALD J. HOLLAND, Bar No. 148687
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8447
5
   Attorneys for Defendant
6  WASTE MANAGEMENT OF ALAMEDA
   COUNTY, INC.
7
   DAVE LINN, Bar No. 109143
8  LAW OFFICE OF DAVE LINN
   BOX 14268
9  BERKELEY, CA  94712
   Telephone:    510.978.0029
10
   Attorney for Plaintiff
11 CARLA BECERRIL

12

13                        UNITED STATES DISTRICT COURT
14
                         NORTHERN DISTRICT OF CALIFORNIA
15

16

17 CARLA BECERRIL,                              Case No.  C 05-01943 MJJ

18                Plaintiff,                    **STIPULATION OF DISMISSAL WITH
                                                PREJUDICE**
19        v.                                     AND ORDER

20 WASTE MANAGEMENT CORP., ILWU
   LOCAL 6, DOES 1-10,
21
                  Defendants.
22

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL                                    Case No.  C 05-01943 MJJ

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Carla Becerril and Defendant Waste Management of Alameda County, Inc., through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party agrees to bear its own costs and fees.

Dated: 6-1, 2006

_____
DAVE LINN
Attorney for Plaintiff
CARLA BECERRIL

Dated: June 5, 2006

_____
LAURA HAYWARD
Attorneys for Defendants
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

IT IS SO ORDERED.

Dated: JUNE 9, 2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Firmwide:81104909.1 046609.1219

STIPULATION OF DISMISSAL — 2. — Case No. C 05-01943 MJJ

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940